```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A00-0151--CV (JWS)
                "DAVID BERG ET AL V DAVID POPHAM ET AL"
```

Including terminated parties, excluding terminated counsel

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
           Filed:  05/26/00
          Closed:  NO

    Jurisdiction:  (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit:  (893) Environmental Matters

           Origin:  (2) Removed from State Court
           Demand:
       Filing fee:  Paid $150.00 on 05/26/00 receipt # 00111991
         Trial by:  Court
```

Parties of Record:                                    Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | BERG, DAVID | Michael W. Flanigan<br>Walther & Flanigan<br>Resolution Plaza Building<br>1029 W. 3rd Avenue, Suite 250<br>Anchorage, AK 99501<br>907-279-9999<br>FAX 907-258-3804 |
| PLF 2.1 | BERG, MARGE | Michael W. Flanigan<br>(see above) |
| DEF 1.1 | [T] POPHAM, DAVID | No counsel found for this party! |
| DEF 2.1 | [T] POPHAM, TSUKIKO | No counsel found for this party! |
| DEF 3.1 | [T] NORGE CORP, THE | No counsel found for this party! |
| DEF 4.1 | [T] MAGIC CHEF CORP | No counsel found for this party! |
| DEF 5.1 | [T] MAYTAG CORP | Joseph R.D. Loescher<br>Spencer & Loescher<br>1326 Tacoma Avenue S, Suite 101<br>Tacoma, WA 98402<br>253-383-2770<br>FAX 253-572-4207<br><br>Christopher Angius<br>Holland & Knight LLP<br>2300 U.S. Bancorp Tower<br>111 SW 5th Avenue<br>Portland, OR 97204<br>503-243-5892<br>FAX    -    - |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A00-0151--CV (JWS)
            "DAVID BERG ET AL V DAVID POPHAM ET AL"

       Including terminated parties, excluding terminated counsel
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| DEF 6.1 | [T] ABC INC | No counsel found for this party! |
| DEF 7.1 | [T] ABC CO | No counsel found for this party! |
| DEF 8.1 | [T] ABC CORP | No counsel found for this party! |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A00-0151--CV (JWS)
                         "DAVID BERG ET AL V DAVID POPHAM ET AL"

                                  For all filing dates


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 05/26/00
             Closed: NO

       Jurisdiction: (3) Federal Question (US Govt not a Party)
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (893) Environmental Matters

             Origin: (2) Removed from State Court
             Demand:
         Filing fee: Paid $150.00 on 05/26/00 receipt # 00111991
           Trial by: Court


 Document #   Filed      Docket text

     1 -  1   05/26/00   DEF 5 Notice of Removal of case 3AN-00-4079 CI from State Crt w/att exhs
                         (state crt docs).

     2 -  1   05/26/00   DEF 5 Attorney Appearance of E. Fjelstad [Perkins].

     3 -  1   05/26/00   DEF 5 Application re: non-resident attorney C. Angius.

     4 -  1   05/26/00   DEF 5 Notice to plf of filing notice of removal w/att exhs.

     5 -  1   05/26/00   DEF 5 Service List.

     6 -  1   06/02/00   JWS Minute Order subsequent to removal; petitioner to file State crt
                         record & svc list w/10 days.  cc: cnsl

     7 -  1   06/02/00   DEF 5 Unopposed Motion for ext of time until 06/19/00 for def 5 respond
                         to complaint.

     3 -  2   06/05/00   JWS Order granting mot of non-resident atty, C. Angius, to appear and
                         participate. cc: cnsl, C. Angius

     8 -  1   06/05/00   JWS Order granting mot at dkt 7. cc: cnsl

     9 -  1   06/07/00   DEF 5 Notice of filing copies of State Crt records & proceedings in
                         response to ord (4-1) w/att exhs.

    10 -  1   06/14/00   DEF 1-2 Attorney Appearance of T. Melaney.

    11 -  1   06/19/00   DEF 5 motion to dismiss complaint.

    12 -  1   07/06/00   DEF 1-2 Answer to Complaint.

    13 -  1   07/06/00   DEF 1-2 Jury Demand.

    14 -  1   07/13/00   VACATED BY ORDER AT DKT 20:  JWS Order granting motion to dismiss
                         complaint (11-1); plfs' clms against DEFs 3-8 dism w/prej. cc: cnsl

    15 -  1   07/19/00   PLF 1-2 motion to vacate 7/13/00 order dismissing plaintiffs' complaint
                         w/att memo, affs and exhs.

 ACRS: R_VDSDX            As of 12/01/05 at 2:57 PM by GARRY                       Page 1
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A00-0151--CV (JWS)
                          "DAVID BERG ET AL V DAVID POPHAM ET AL"

                                    For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 16 - 1 | 07/20/00 | JWS Minute Order that def Maytag file non-oppo or oppo to mot to vacate at dkt 15 by 7/28/00; reply due 8/2/00; clk to withhold entry of judg. cc: cnsl |
| 17 - 1 | 07/20/00 | PLF 1-2 Affidavit of T. Melaney re: PLF 1-2 motion to vacate 7/13/00 order dismissing plaintiffs' complaint (15-1). |
| 18 - 1 | 07/31/00 | PLF 1-2 opposition to DEF 5 motion to dismiss complaint (11-1). |
| 19 - 1 | 08/03/00 | DEF 5 non-opposition to PLF 1-2 motion to vacate 7/13/00 order dismissing plaintiffs' complaint (15-1) w/att aff and exhs. |
| 20 - 1 | 08/04/00 | JWS Minute Order granting motion to vacate 7/13/00 order dismissing plaintiffs' complaint (15-1); oppo to mot to dismiss will be considered; reply due w/i 5 business days from date of this ord. cc: cnsl |
| 21 - 1 | 08/11/00 | DEF 5 reply memo in support of DEF 5 motion to dismiss complaint (11-1). |
| 22 - 1 | 08/11/00 | DEF 5 Request for Oral Argument re: DEF 5 motion to dismiss complaint (11-1). |
| 23 - 1 | 08/16/00 | PLF 1-2 motion to certify question to the Alaska Supreme Court w/att mem. |
| 24 - 1 | 08/28/00 | PLF 1-2 Submission of Supplemental Authority in oppo to DEF 5 motion to dismiss complaint (11-1) w/att exhs. |
| 25 - 1 | 09/01/00 | DEF 5 opposition to PLF 1-2 motion to certify question to the Alaska Supreme Court (23-1). |
| 26 - 1 | 09/06/00 | JWS Minute Order setting o/a on mots at dkts 11 and 23 for 9/14/00 at 10:30 a.m.. cc: cnsl |
| 27 - 1 | 09/07/00 | DEF 5 Response to plf's submission of supplemental authority re: DEF 5 motion to dismiss complaint (11-1). |
| 28 - 1 | 09/11/00 | PLF 1-2 motion to allow supplement of factual information re: Maytag's Motion to dismiss w/att exhs. |
| 29 - 1 | 09/12/00 | DEF 1-2 Notice of non-participation (non-opposition) to DEF 5 motion to dismiss complaint (11-1). |
| 29 - 2 | 09/12/00 | DEF 1-2 noitce of non-participation (non-opposition) to PLF 1-2 motion to certify question to the Alaska Supreme Court (23-1). |
| 30 - 1 | 09/14/00 | PLF 1-2 Supplemental authority re: PLF 1-2 motion to certify question to the Alaska Supreme Court (23-1). |
| 31 - 1 | 09/14/00 | JWS Court Minutes [ECR: Pam Richter] re: o/a held 9/14/00; taking under advisement mot to dismiss cmplt (11-1), mot to certify question to the Alaska Supreme Court (23-1). cc: cnsl |
| 32 - 1 | 09/14/00 | PLF 1-2 motion for leave to file 2nd Amended Complaint w/att memo & proposed 2nd Amended Complaint. |
| 33 - 1 | 09/18/00 | DEF 5 opposition to PLF 1-2 motion for leave to file 2nd Amended Complaint (32-1). |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A00-0151--CV (JWS)
              "DAVID BERG ET AL V DAVID POPHAM ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 34 - 1 | 09/19/00 | PLF 1-2 reply to opposition to PLF 1-2 motion for leave to file 2nd Amended Complaint (32-1). |
| 35 - 1 | 10/06/00 | JWS Order denying mot to dismiss cmplt (11-1), mot to certify question to the Alaska Supreme Crt (23-1), mot to allow supplement of factual information re: Maytag's Mot (28-1); granting mot for leave to file 2nd Amended Cmplt (32-1). cc: cnsl |
| 36 - 1 | 10/06/00 | PLF 1-2 Complaint (2nd Amended). |
| 37 - 1 | 10/10/00 | JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 21 days. cc: cnsl |
| 38 - 1 | 10/18/00 | DEF 5 motion for extension of time until 11/16/00 to file a response to plaintiff's second amended complaint w/att declaration. |
| 39 - 1 | 10/18/00 | DEF 5 motion for shortened time re: motion to extend time to respond to second amended complaint. |
| 40 - 1 | 10/19/00 | Transcript of O/A on def's mot to dismiss & plfs' mot to certify held 09/14/00. |
| 41 - 1 | 10/19/00 | JWS Order granting mot for shortened time re: mot to extend time to respond to second amended cmplt (39-1); plf's oppo to mot for ext of time at dkt 38 is due 10/23/00; no reply to be fld. cc: cnsl |
| 42 - 1 | 10/20/00 | PLF 1-2 opposition to DEF 5 motion for extension of time until 11/16/00 to file a response to plaintiff's second amended complaint (38-1). |
| 43 - 1 | 10/20/00 | DEF 5 Notice of filing orig aff of A. Nichol re: DEF 5 motion for extension of time until 11/16/00 to file a response to plaintiff's second amended complaint (38-1), DEF 5 motion for shortened time re: 38-1 (39-1) w/att aff. |
| 44 - 1 | 10/24/00 | JWS Order granting mot for ext of time until 11/16/00 to file a response to plf's 2nd amended cmplt (38-1). cc: cnsl |
| 45 - 1 | 10/31/00 | PLF 1-2; DEF 1 16(b)&26(f) Status Report. |
| 46 - 1 | 10/31/00 | DEF 1-2; 5 16(b)&26(f) Initial Case Status Report. |
| 47 - 1 | 11/09/00 | JWS Scheduling and Planning Order setting pretrial deadlines: Original disc 11/30/01; Disp mots ddln 12/30/01; 10 day TBJ estimate; if ans to 2nd amended cmplt necessary it shall be fld w/i 10 days after crt's ord which renders ans necessary; disc will not be bifurcated; any party may file mot after close of disc but not more than 30 days after the close of disc which seeks bifurcated trial; all expert rpts to be delivered NLT 9/28/01. cc: cnsl |
| 48 - 1 | 11/16/00 | DEF 5 motion to dismiss the second amended complaint. |
| 49 - 1 | 11/20/00 | DEF 1-2 Answer to Second Amended Complaint. |
| 50 - 1 | 11/28/00 | DEF 5 Mot/Application re: non-resident attorney A. Nichol to appear. |
| 50 - 2 | 11/30/00 | JWS Order granting appl of non-resident atty, A. Nichol, to appear and participate. cc: cnsl, A. Nichol |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A00-0151--CV (JWS)
                          "DAVID BERG ET AL V DAVID POPHAM ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 51 - 1 | 11/30/00 | DEF 5 motion to recover costs & supporting memorandum w/att aff of C. Angius & exhs. |
| 52 - 1 | 12/01/00 | PLF 1-2 Unopposed Motion for ext of time until 12/15/00 for plf's to file response to def 5 mot to dismiss; def 5 reply due 01/05/01. |
| 52 - 2 | 12/06/00 | Order granting stip at 51-1. cc: cnsl |
| 53 - 1 | 12/15/00 | PLF 1-2 Unopposed Motion for 3 day ext of time for plf to file oppo to def 5 mot to dismiss & 3 day ext for def 5 reply to oppo. |
| 53 - 2 | 12/18/00 | Order granting stip at 53-1. cc: cnsl |
| 54 - 1 | 12/18/00 | PLF 1-2 motion for 1 day extension to file opposition brief. |
| 54 - 2 | 12/20/00 | JWS Order granting motion for 1 day extension to file opposition brief (54-1) to 12/19/00. cc: cnsl |
| 55 - 1 | 12/20/00 | PLF 1-2 opposition to DEF 5 motion to dismiss the second amended complaint (48-1) w/att exhs. |
| 56 - 1 | 12/20/00 | PLF 1-2 motion to allow filing of a faxed affidavit of D. Berg (at #55). |
| 57 - 1 | 12/20/00 | PLF 1-2 Errata to oppo re: DEF 5 motion to dismiss the second amended complaint (48-1) w/att exh. |
| 58 - 1 | 12/20/00 | PLF 1-2 motion for leave to file 3rd amended complaint w/att memo & proposed complaint & exh. |
| 59 - 1 | 01/04/01 | JWS Minute Order granting motion to recover costs (51-1); Walther & Flanigan to pay Maytag Corp $15,309.50 w/i 15 days; costs not to be charged to plfs. cc: cnsl |
| 60 - 1 | 01/04/01 | PLF 1-2; DEF 5 Stipulation for ext of time until 01/15/01 for def 5 to file reply to pls' oppo to mot to dismiss 2nd amended complaint & to file oppo to plfs' mot for leave to file 3rd amended complaint. |
| 60 - 2 | 01/05/01 | Order granting stip at 60-1. cc: cnsl |
| 61 - 1 | 01/16/01 | JWS Minute Order granting mot to allow filing of a faxed aff (56-1); properly executed original to be fld as soon as reasonably possible. cc: cnsl |
| 62 - 1 | 01/16/01 | DEF 5 Request for Oral Argument re: DEF 5 motion to dismiss the second amended complaint (48-1). |
| 63 - 1 | 01/16/01 | DEF 5 reply to opposition to DEF 5 motion to dismiss the second amended complaint (48-1). |
| 64 - 1 | 01/16/01 | DEF 5 opposition to PLF 1-2 motion for leave to file 3rd amended complaint (58-1). |
| 65 - 1 | 01/18/01 | JWS Minute Order setting o/a on mot to dismiss 2nd amended cmplt on 3/14/01 at 8:30 a.m.; 15 min per side. cc: cnsl |
| 66 - 1 | 01/18/01 | PLF 1-2 motion to vacate cost award w/att memo, aff and exhs. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A00-0151--CV (JWS)
"DAVID BERG ET AL V DAVID POPHAM ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 66 - 2 | 01/18/01 | PLF 1-2 motion for leave to file opposition to Maytag's motion for cost recovery w/att memo, aff, exhs and prop oppo. |
| 67 - 1 | 01/19/01 | PLF 1-2 Errata re: PLF 1-2 mot to vacate cost award (66-1), PLF 1-2 mot for leave to file opposition to Maytag's motion for cost recovery (66-2). |
| 68 - 1 | 01/22/01 | PLF 1-2 reply to opposition to PLF 1-2 motion for leave to file 3rd amended complaint (58-1). |
| 69 - 1 | 01/23/01 | PLF 1-2 Affidavit (original) of Dave Berg re:oppo to DEF 5 motion to dismiss the second amended complaint (48-1). |
| 70 - 1 | 02/02/01 | DEF 5 oppo to PLF 1-2 mot to vacate cost award (66-1), PLF 1-2 mot for leave to file oppo to Maytag's mot for cost recovery (66-2). |
| 71 - 1 | 02/07/01 | PLF 1-2 reply to opposition to PLF 1-2 motion for leave to file opposition to Maytag's motion for cost recovery (66-2) w/att aff. |
| 72 - 1 | 02/22/01 | JWS Order denying motion to vacate cost award (66-1), motion for leave to file opposition to Maytag's motion for cost recovery (66-2); Berg's cnsl shall make payment w/in 10 days from date of this order.  cc: cnsl |
| 73 - 1 | 03/12/01 | DEF 1-2 Notice of non-participation in o/a on mot to dismiss set 3/14/01. |
| 74 - 1 | 03/14/01 | JWS Court Minutes [ECR: Pat Earl] re: o/a held 3/14/01 on mot to dismiss 2nd amended cmplt; taking u/a mot to dismiss second amended cmplt (48-1). |
| 75 - 1 | 03/16/01 | JWS Order denying mot for leave to file 3rd amended cmplt (58-1); granting/denying mot to dismiss the 2nd amended cmplt (48-1). cc: cnsl |
| 76 - 1 | 03/28/01 | JWS Minute Order reminding parties to file ans to 2nd amended cmplt 10 days from ord at dkt 75 rendering ans appropriate; defs have 10 days from svc of this ord to file ans. cc: cnsl |
| 77 - 1 | 04/06/01 | DEF 1-2 Notice of filing amended ans to plf's 2nd amended cmplt. |
| 78 - 1 | 04/06/01 | DEF 1-2 Answer (Amended) to 2nd amended cmplt. |
| 79 - 1 | 04/11/01 | DEF 5 motion for judgment on the pleadings. |
| 80 - 1 | 04/11/01 | DEF 5 Answer to 2nd Amended Complaint. |
| 81 - 1 | 04/26/01 | PLF 1-2 Unopposed Motion for ext of time until 5/15/01 to file oppo to Maytag's mot for judg on pleadings and until 6/5/01 for Maytag to file reply to oppo. |
| 81 - 2 | 04/27/01 | Order granting unoppo mot. cc: cnsl |
| 82 - 1 | 05/15/01 | PLF 1-2 opposition to DEF 5 motion for judgment on the pleadings (79-1) w/att exhs. |
| 83 - 1 | 06/05/01 | Stipulation for ext of time until 6/6/01 to file for Maytag Corp to file reply to mot for judg on pleadings. |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE A00-0151--CV (JWS)
                         "DAVID BERG ET AL V DAVID POPHAM ET AL"

                                   For all filing dates


Document #   Filed     Docket text

    83 -  2  06/06/01  Order approving stip. cc: cnsl

    84 -  1  06/06/01  DEF 5 Request for Oral Argument re: DEF 5 motion for judgment on the
                       pleadings (79-1) .

    85 -  1  06/06/01  DEF 5 reply to opposition to DEF 5 motion for judgment on the pleadings
                       (79-1).

    86 -  1  06/26/01  JWS Order granting motion for judgment on the pleadings (79-1). cc: cnsl

    87 -  1  07/02/01  DEF 5 Notice of intent to associate w/cnsl J.D. Loescher.

    88 -  1  07/02/01  DEF 5 Stipulation for Attorney Substitution of J.D. Loescher for E.
                       Fjelstad.

    89 -  1  07/02/01  DEF 5 motion to approve substitution of counsel.

    89 -  2  07/03/01  JWS Order granting motion to approve substitution of counsel (89-1). cc:
                       cnsl

    90 -  1  07/03/01  DEF 5 motion for entry of judgment pursuant to FRCP 54(b).

    91 -  1  07/06/01  PLF 1-2 non-opposition to DEF 5 motion for entry of judgment pursuant to
                       FRCP 54(b) (90-1).

    92 -  1  07/11/01  PLF 1-2 non-opposition to DEF 5 motion for entry of judgment pursuant to
                       FRCP 54(b) (90-1).

    93 -  1  07/27/01  JWS Judgment granting motion for entry of judgment pursuant to FRCP
                       54(b) (90-1); clms against DEF 3-8 are dism w/prej. cc: cnsl, O&J 11161

    94 -  1  08/08/01  DEF 5 motion for award of attorney fees w/att aff and exhs.

    95 -  1  08/17/01  PLF 1-2 appeal to 9CCA of (93-1) filed 07/27/01. cc:cnsl, Judge Sewick,
                       9CCA

    96 -  1  08/17/01  PLF 1-2 Transcript Designation/Order Form re: notice of appeal (95-1).
                       cc:ecr(w/trans order form)

  NOTE -  1  08/20/01  Transmittal: Forwarded notice of appeal (95-1) to 9CCA.

    97 -  1  08/23/01  PLF 1-2 opposition to DEF 5 motion for award of attorney fees (94-1)
                       w/att exh.

    98 -  1  09/04/01  Cy 9CCA Time Schedule Order. (95-1) cc:cnsl, ECR, Judge Sedwick

   98A-  1  09/04/01  DEF 5 reply to opposition to DEF 5 motion for award of attorney fees
                       (94-1) w/att exhs.

    99 -  1  09/05/01  Cy 9CCA Time Schedule Order. (95-1) cc:cnsl, Judge Sedwick, ECR

   100 -  1  09/14/01  JWS Order denying motion for award of attorney fees (94-1). cc: cnsl

   101 -  1  10/19/01  Transcript of hearing on Oral Argument held 03/14/01 re: notice of
                       appeal (95-1).
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A00-0151--CV (JWS)
                          "DAVID BERG ET AL V DAVID POPHAM ET AL"

                                     For all filing dates


Document #   Filed     Docket text

  102 -   1  10/19/01  Cy 9CCA Certificate of Record. (95-1) cc: cnsl, Judge Sedwick,
                       9CCA(original)

  103 -   1  10/24/01  Copy of Order from 9CCA that USDC motion for ext of time is GRANTED.
                       (95-1) cc:cnsl, Judge Sedwick, B. Boyer

  104 -   1  11/19/01  Stipulation to extend close of disc until 8/17/02.

  105 -   1  11/28/01  JWS Order approving stip to extend close of disc until 8/17/02 & disp
                       mot ddln to 08/14/02 (104-1). cc: cnsl

  106 -   1  12/21/01  DEF 5 motion for withdrawal and substitution of cnsl: A. Nichol and
                       Perkins Coie LLP to w/d and C. Angius & J. Loescher will continue to
                       represent DEF 5. cc: cnsl, A. Nichol

  107 -   1  05/31/02  PLF 1-2 Final Witness List.

  108 -   1  06/03/02  DEF 1-2 Final Witness List.

  109 -   1  06/03/02  PLF 1-2; DEF 1-2 Stipulation to extend disc ddlns of final fact wit list
                       and final expert wit list until 6/21/02.

  110 -   1  06/04/02  JWS Order granting stip to extend disc ddlns of final fact wit list and
                       final expert wit lists (109-1). cc: cnsl

 NOTE -   2  06/13/02  Transmittal: Forwarded D.C. record to 9CCA consisting of 5 original
                       volmes.

  111 -   1  06/26/02  PLF 1-2; DEF 1-2 Stipulation for ext of time until 7/12/02 for
                       disclosure of expert wit lists and rpts.

  112 -   1  06/27/02  JWS Order approving stip for ext of time until 7/12/02 for disclosure of
                       expert wit (111-1). cc: cnsl

  113 -   1  07/12/02  PLF 1-2; DEF 1-2 Stipulation to continue disc ddlns: final fact wit
                       lists de 7/31/02; final expert wit lists due 7/31/02.

  113 -   2  07/24/02  Order approving stip to continue disc ddlns: final fact wit lists due
                       7/31/02; final expert wit lists due 7/31/02; all other pretrial disc
                       ddlns remain (113-1). cc: cnsl

  114 -   1  07/31/02  DEF 1-2 motion to continue pre-trial deadlines w/att memo and exhs.

  115 -   1  08/01/02  JWS Order granting mot to continue pre-trial ddlns (114-1): disc to
                       close 11/18/02; disp mots ddln 11/14/02. cc: cnsl

  116 -   1  08/01/02  Stipulation and Order of substitution of J. Loescher (sole practitioner)
                       for J. Loescher (Hughes, Thorsness) for DEF 5. cc: cnsl

  117 -   1  10/24/02  PLF 1-2; DEF 1-2 Stipulation to continue pre-trial ddlns by 90 days.

  118 -   1  10/28/02  JWS Order granting stip to continue pre-trial ddlns by 90 days (117-1);
                       Disc to close 02/18/03; Disp mots ddln 03/18/03. cc: cnsl

  119 -   1  01/30/03  DEF 1-2 Stipulation for 90-day extension of PT deadlines
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A00-0151--CV (JWS)
                         "DAVID BERG ET AL V DAVID POPHAM ET AL"

                                    For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 120 - 1 | 01/31/03 | JWS Order granting stipulation for 90-day extension of PT deadlines (119-1) & setting the following dates: Discovery to close 05/01/03; Dispositive motions deadline 06/01/03. cc: cnsl |
| 121 - 1 | 02/03/03 | PLF 1-2 Status Report. |
| 122 - 1 | 02/11/03 | JWS Minute Order that closing papers or stat rpt is due within 30 days from the date of this order; if crt receives neither closing papers nor a rpt, crt will assume parties have settled and case will be dism; trial date if set vacated and all pending mots denied as moot w/leave to renew if case is not dism. cc: cnsl |
| 123 - 1 | 03/12/03 | PLF 1-2 Report re: settl. |
| 124 - 1 | 03/20/03 | JWS Minute Order that plfs file stat rpt re: settl w/i 45 days if closing papers aren't sooner fld. cc: cnsl |
| 125 - 1 | 03/21/03 | PLF 1-2; DEF 1-2 Stipulation for dismissal w/prej. |
| 125 - 2 | 03/24/03 | JWS Order granting stip for dismissal w/prej as to defs Popham (125-1). cc: cnsl |
| 126 - 1 | 09/30/03 | DEF 5 Attorney Substitution of C. Angius w/Bullivant Houser Bailey to C. Angius w/Holland & Knight. cc: cnsl |
| 127 - 1 | 12/01/03 | PLF 1-2 Status Report. |
| 128 - 1 | 12/04/03 | JWS Minute Order that updated stat rpt due 6/30/04. cc: cnsl |
| 129 - 1 | 06/30/04 | PLF 1-2 Status Report. |
| 130 - 1 | 07/06/04 | JWS Minute Order that plf file updated stat rpt when Ak Supreme Crt issues its decision. cc: cnsl |
| 131 - 1 | 01/24/05 | PLF 1-2 Status Report. |
| 132 - 1 | 01/27/05 | JWS Minute Order that updated stat report due on the earlier of a)issuance of decision by AK Supreme court or b) 6/6/05. cc: cnsl |
| 133 - 1 | 06/27/05 | PLF 1-2 Status Report w/att exh. |
| NOTE - 3 | 07/25/05 | Notation (re: Appeal): D.C. record from 9CCA consisting of 5 original volumes. |
| 134 - 1 | 07/25/05 | 9CCA Judgment re: notice of appeal (95-1) that the district court's decision is VACATED AND REMANDED in part, AFFIRMED in part; DISMISSED in part. Parties shall bear their own costs on appeal w/att memo. cc: cnsl, Judge Sedwick |
| 135 - 1 | 07/29/05 | JWS Minute Order that cnsl file joint rpt re: concluding case w/prop sched; rpt due 9/2/05. cc: cnsl |
| 136 - 1 | 09/02/05 | PLF 1-2 Report re: parties S&P rpt. |
| 137 - 1 | 09/12/05 | DEF 4 Corporation Disclosure Statement. |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A00-0151--CV (JWS)
                       "DAVID BERG ET AL V DAVID POPHAM ET AL"

                                  For all filing dates


Document #   Filed      Docket text

    138 -  1 09/15/05   JWS Scheduling and Planning Order setting pretrial ddlns: disc to close
                        03/23/07; dispositive mots ddln 04/30/07; 8 day TBC estimate. cc: cnsl

    139 -  1 09/22/05   JWS Minute Order correcting signature date on S&P ord @ dkt 138 to read
                        9/14/05. cc: cnsl

    140 -  1 09/22/05   DEF 5 motion of non-resident attorney, S. Row, to appear & participate
                        pro hac vice in US District Court for the District of Alaska w/att decla
                        & exh.

    140 -  2 09/26/05   RRB Order granting mot of non-resident atty, S. Row, to appear &
                        participate pro hac vice (140-1). cc: cnsl, S. Row

    141 -  1 10/14/05   PLF 1-2 motion to amend complaint w/att memo & prop 4th amended
                        complaint.

    142 -  1 10/28/05   DEF 5 opposition (response) to PLF 1-2 motion to amend complaint
                        (141-1).

    143 -  1 11/15/05   DEF 1-2 Notice of non-participation.
```