Michael W. Flanigan
WALTHER & FLANIGAN
1029 W. 3rd Ave., Ste 250
Anchorage, Alaska, 99501
ATTORNEYS FOR PLAINTIFF
(907) 279-9999

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -2 AM 11: 21

IN THE UNITED STATES DISTRICT COURT

DISTRICT FOR ALASKA

| | |
|---|---|
| DAVID and MARGE BERG, ) | |
| ) | |
| Plaintiffs, ) | |
| vs. ) | |
| ) | |
| NORGE CORP. and its successors in ) | UNOPPOSED MOTION TO EXTEND |
| Interest, MAGIC CHEF CORP.; ) | TIME FOR EXCHANGING INITIAL |
| MAYTAG CORPORATION; AND ) | DISCLOSURES |
| ABC INC., ABC CO., ABC CORP. ) | |
| ) | A00-151 CV (JWS) |
| Defendants, ) | |
| ) | |

Comes Now Plaintiffs, by and through counsel, and hereby moves the Court for an Order extending the time for exchanging initial disclosures to 12/16/05. Defendant's attorney has authorized Plaintiff to file this motion as unopposed. This extension is due to the extensive records being exchanged by the parties.

DATED THIS 1st DAY OF December 2005

WALTHER & FLANIGAN
ATTORNEYS FOR PLAINTIFF
By Michael W. Flanigan
ABA #7710114

FILED
DEC 09 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

**ORDER**

IT IS SO ORDERED
12-6-05
DATED

_____
JUDGE, U.S. DISTRICT COURT

WALTHER & FLANIGAN
1029W.3RD St.Ste.250
Anchorage,AK.99501
(907) 279-9999

A00-0151--CV (JWS)     12-9-05

M. FLANIGAN (WALTHER)
J. LOESCHER
C. ANGIUS

1

144