FILED
DEC 1 3 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By ___ Deputy

**MINUTES OF THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

DAVID BERG, et al. v. NORGE CORP., et al.

THE HONORABLE JOHN W. SEDWICK CASE NO. A00-0151 CV (JWS)

Deputy Clerk: Pam Richter

Official Recorder: ______

APPEARANCES: for PLAINTIFF: ----

for DEFENDANT: ----

PROCEEDINGS: **ORDER FROM CHAMBERS**

---

The minute order at docket 145 is CORRECTED as follows: The reference to "second amended complaint" is corrected to read "fourth amended complaint."

The court writes further to address a concern raised by defendants about the term "fourth" used in the title of the latest complaint. The court considers identification of the complaint as a fourth amended complaint to be appropriate, even though defendants contend it is inaccurate because the motion to file a third amended complaint was denied. The term "fourth" is useful for identifying this complaint and distinguishing it from all those previously filed or lodged in the records of this case.

DATE: December 13, 2005

ENTERED AT JUDGE'S DIRECTION
INITIALS: prr
Deputy Clerk

A00-0151--CV (JWS) 12-13-05

✓M. FLANIGAN (WALTHER)
✓J. LOESCHER
✓C. ANGIUS

146