FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 16 PM 3: 13

Michael W. Flanigan
WALTHER & FLANIGAN
1029 W. 3rd Ave. Suite 250
Anchorage, Alaska, 99501
Ph. 907- 279-9999
Fax 907-258-3804

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| DAVID AND MARGE BERG,<br><br>Plaintiffs,<br><br>vs.<br><br>NORGE CORPORATION, and its successors in interest, FEDDERS CORPORATION, MAGIC CHEF CORPORATION, and MAYTAG CORPORATION,<br><br>Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>) A00-151 CV. (JWS)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR THE EXCHANGE OF INITIAL DISCLOSURES**

COMES NOW, Plaintiffs by and through counsel of record and hereby request that the deadline for the exchange of Initial Disclosures be extended to December 23, 2005. This request is made because counsel for defendant had to leave town to attend to a family emergence. Counsel for Defendants has authorized plaintiff to file this motion and does not oppose this extension.

147

DATED this 16th of December, 2005.

WALTHER & FLANIGAN
ATTORNEYS FOR PLAINTIFF

By Michael W. Flanigan
ABA #7710114

ORDER

IT IS SO ORDERED

Dated: 12-19-05

_____
JUDGE US DISTRICT COURT

**FILED**
DEC 2 0 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was served by mail this 16 day of December, 2005, on:

Joseph R.D. Loescher
Spencer & Loescher, LLC
1326 Tacoma Ave. S., Suite 101
Tacoma, WA 98402

Seth Row
Christopher W. Angius
Holland & Knight LLP
2300 US Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204

_____
WALTHER & FLANIGAN

A00-0151-CV (JWS)                    12/20/05
M. FLANIGAN (WALTHER)
J. LOESCHER
C. ANGIUS

WALTHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804