```
                                                    FILED
                                               US DISTRICT COURT
                                               DISTRICT OF ALASKA

                                               2005 DEC 22  PM 3: 22
```

Michael W. Flanigan
WALTHER & FLANIGAN
1029 W. 3rd Ave., Ste 250
Anchorage, Alaska, 99501
ATTORNEYS FOR PLAINTIFF
(907) 279-9999

IN THE UNITED STATES DISTRICT COURT

DISTRICT FOR ALASKA

| | |
|---|---|
| DAVID and MARGE BERG, ) | |
| ) | |
| Plaintiffs, ) | A00-151 CV (JWS) |
| vs. ) | |
| ) | |
| NORGE CORP. and its successors in ) | UNOPPOSED MOTION TO EXTEND |
| Interest, MAGIC CHEF CORP.; ) | TIME FOR ANSWERING COMPLAINT |
| MAYTAG CORPORATION; AND ) | AND INITIAL DISCLOSURES |
| ABC INC., ABC CO., ABC CORP. ) | |
| ) | |
| Defendants, ) | |
| ) | |

    Comes Now Plaintiffs, by and through counsel, and hereby moves the Court for an Order extending the time for the Answer to the 4th Amended Complaint to January 20, 2006 the exchange of initial disclosures to 2/10/06. Defendant's attorney has authorized Plaintiff to file this motion as unopposed. This extension for the Answer is requested due to Maytag's attorney's agreement to accept service for new defendant, Fedders, and their desire to file concurrent and consistent Answers for Defendants. The extension for exchange if initial disclosures is so the disclosures can all be completed as to all claims by all parties at the same time.

DATED THIS 22 DAY OF _____, 2005

WALTHER & FLANIGAN
1029 W.3RD St.Ste.250
Anchorage,AK.99501
(907) 279-9999

Page

1

148

**FILED**

DEC 2 3 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

IT IS SO ORDERED.
12-23-05
DATED

WALTHER & FLANIGAN
ATTORNEYS FOR PLAINTIFF
_____
By Michael W. Flanigan
ABA #7710114

**ORDER**

_____
JUDGE, U.S. DISTRICT COURT

**CERTIFICATE OF SERVICE**
I hereby certify that the aforegoing was served by
U.S. Mail and fax on the 22st day of December, 2005
On the following Attorneys of Record
CHRIS ANGIUS & JOSEPH LOESCHER
_____
WF

A00-0151--CV (JWS)   12-23-05
-----------------------------------------------
✓ M. FLANIGAN (WALTHER)
✓ J. LOESCHER
✓ C. ANGIUS