Joseph R.D. Loescher
Alaska Bar No. 7911108
Smith Alling Lane, P.S.
1102 Broadway Plaza, # 403
Tacoma, Washington 98402
Telephone: (253) 627-1091

Attorney for Fedders Corporation
and Maytag Corporation

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| DAVID AND MARGE BERG, | ) |
| Plaintiffs, | ) |
| vs. | ) A00-151 CV. (JWS) |
| NORGE CORPORATION, and its successors in interest, FEDDERS CORPORATION, MAGIC CHEF CORPORATION, and MAYTAG CORPORATION, | ) |
| Defendants, | ) |

**NOTICE OF CHANGE OF ADDRESS**

COMES NOW Joseph R. D. Loescher, attorney for Defendants, Fedders Corporation and Maytag Corporation and gives notice that he has joined Smith Alling Lane, P.S. as "of counsel". He can be contacted at: Smith Alling Lane, P.S., 1102 Broadway Plaza, # 403, Tacoma, Washington 98402; Phone 253-627-1091; Fax 253-627-0123.

NOTICE OF CHANGE OF ADDRESS – Page 1

*Alling Lane*
A Professional Services Corporation
Attorneys at Law

1102 Broadway Plaza, #403
Tacoma, Washington 98402
Tacoma: (253) 627-1091
Seattle: (425) 251-5938
Facsimile: (253) 627-0123

DATED this 23rd day of June, 2006.

                                                   Attorney for Plaintiff

                                    By:   //Joseph R.D. Loescher
                                                    Joseph R.D. Loescher
                                                    Alaska Bar No. 7911108

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on the date below a true and correct copy of this document was delivered via U.S. Mail to:

     Michael W. Flanigan, Esq.
     Walther & Flanigan
     1029 West 3rd Avenue, Suite 250
     Anchorage, AK 99501

     Christopher W. Angius
     Seth H. Rowe
     Holland & Knight LLP
     2300 U.S. Bankcorp Tower
     111 SW Fifth Avenue
     Portland, Oregon  97204

Dated this 23rd day of June, 2006.

//Joe Loescher_____

NOTICE OF CHANGE OF ADDRESS – Page 2

*Alling Lane*
A Professional Services Corporation
*Attorneys at Law*

1102 Broadway Plaza, #403
Tacoma, Washington 98402
Tacoma: (253) 627-1091
Seattle: (425) 251-5938
Facsimile: (253) 627-0123