**Christopher W. Angius,** ABA #0510076 (*admitted pro hac vice*)
Email: christopher.angius@hklaw.com
**Seth H. Row** (*admitted pro hac vice*)
Email: serve.shr@hklaw.com
HOLLAND & KNIGHT LLP
2300 U.S. Bancorp Tower
111 SW Fifth Avenue
Portland, Oregon 97204-3604
Telephone: (503) 243-2300
Facsimile: (503) 241-8014

**Joseph R.D. Loescher,** ABA #7911108
Smith, Alling, Lane
1102 Broadway Plaza
Suite 403
Tacoma, WA 98402-3503
Telephone: 253-627-1091
Facsimile: 253-627-0123
Email: joeloescher@aol.com

Of Attorneys for Defendants Maytag Corporation and Fedders Corporation

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAVID AND MARGE BERG,<br><br>Plaintiffs,<br><br>v.<br><br>NORGE CORPORATION, et al.,<br>Defendants. | Case No. A00-151CV (JWS)<br><br>**STIPULATED MOTION FOR EXTENSION OF ALL PRETRIAL DEADLINES** |

The parties, having stipulated to this Motion, request an Order of the Court extending the pre-trial deadlines set forth in the Court's Scheduling and Planning Order of September 14, 2005, as set forth below. This Motion is supported by the discussion below and the Declaration of Seth H. Row, filed herewith. A proposed form of Order on this Motion is filed contemporaneously with this Motion.

HOLLAND & KNIGHT LLP
2300 U.S. Bancorp Tower
111 SW Fifth Avenue
Portland, Oregon 97204
Telephone: (503) 243-2300

Page 1

## MOTION

The parties request that those of the pre-trial deadlines set out in the Court's Scheduling and Planning Order of September 14, 2005 that have not already passed be extended by 120 days, as follows:

1. Expert witness disclosure deadline extended from December 11, 2006 for plaintiff to April 10, 2007; and from January 30, 2007 for defendant to May 30, 2007.

2. Final fact witness list deadline extended from August 4, 2006 to December 4, 2007.

3. Discovery for fact witnesses completion deadline extended from October 2, 2006 to January 30, 2007.

4. Discovery from expert witnesses completion deadline extended from March 23, 2007 to July 23, 2007.

5. Dispositive motions and motions *in limine* deadline extended from April 30, 2007 to July 28, 2007.

## DISCUSSION

As set out in the enclosed Declaration of Seth H. Row, the parties request the extensions described above because the parties are engaged in extensive discussions regarding settlement, which in this case necessitates the evaluation of complex scientific and technical material relating to ongoing remediation occurring at the site involved in this litigation. In addition, many documents sought by the parties in discovery are or were in the sole possession of third parties.

///
///
///
///
///

HOLLAND & KNIGHT LLP
2300 U.S. Bancorp Tower
111 SW Fifth Avenue
Portland, Oregon 97204
Telephone: (503) 243-2300

Page 2

Plaintiffs' counsel is engaged in depositions out of state, and is not available for a discovery conference with the Court prior to the passing of the first upcoming deadline that the parties seek to have continued. Therefore, the parties request that the Court grant this Motion without a scheduling conference.

DATED this 27th day of July, 2006.

HOLLAND & KNIGHT LLP

By: _____
**CHRISTOPHER W. ANGIUS**
(*admitted pro hac vice*)
**SETH H. ROW**
(*admitted pro hac vice*)
Tel.: (503) 243-2300
Of Attorneys for Defendants Maytag
Corporation and Fedders Corporation

STIPULATED TO BY:

_____
Seth H. Row
(Admitted *pro hac vice*)

Of Attorneys for Defendants Maytag
Corporation and Fedders Corporation

(Agreed to Telephonically on July 27, 2006)
Michael W. Flanigan

Of Attorneys for Plaintiffs

**HOLLAND & KNIGHT LLP**
2300 U.S. Bancorp Tower
111 SW Fifth Avenue
Portland, Oregon 97204
Telephone: (503) 243-2300

Page 3

CERTIFICATE OF SERVICE

    I hereby certify that I served the foregoing **STIPULATED MOTION FOR EXTENSION OF ALL PRETRIAL DEADLINES** on the following person:

Michael W. Flanigan
Walther & Flanigan
1029 W. 3rd Avenue, Suite 250
Anchorage, AK 99501

by the following indicated method or methods:

[X]    by mailing full, true and correct copies thereof in sealed, first class postage prepaid envelopes, addressed to the parties and/or their attorneys as shown above, the last-known office addresses of the parties and/or attorneys, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

[ ]    by causing full, true, and correct copies thereof to be hand-delivered to the parties and/or their attorneys at their last-known office addresses listed above on the date set forth below.

[ ]    by sending full, true, and correct copies thereof, via overnight courier in sealed, prepaid envelopes, addressed to the parties and/or their attorneys as shown above, the last-known office addresses of the attorneys, on the date set forth below.

[ ]    by causing full, true, and correct copies thereof to be delivered via electronic mail to the parties and/or their attorneys at their last-known e-mail addresses listed above on the date set forth below

[ ]    by faxing full, true, and correct copies thereof to the fax machines which are the last-known fax numbers for the parties' and/or attorneys' offices, on the date set forth below.

DATED this 27th day of July, 2006.

                                                   /s/ Seth H. Row
                                         Christopher W. Angius
                                         Seth H. Row

# 3929104_v1

**HOLLAND & KNIGHT LLP**
2300 U.S. Bancorp Tower
111 SW Fifth Avenue
Portland, Oregon 97204
Telephone: (503) 243-2300

CERTIFICATE OF SERVICE