**Christopher W. Angius,** ABA #0510076 (*admitted pro hac vice*)
Email: christopher.angius@hklaw.com
**Seth H. Row** (*admitted pro hac vice*)
Email: serve.shr@hklaw.com
HOLLAND & KNIGHT LLP
2300 U.S. Bancorp Tower
111 SW Fifth Avenue
Portland, Oregon 97204-3604
Telephone: (503) 243-2300
Facsimile: (503) 241-8014

**Joseph R.D. Loescher,** ABA #7911108
Smith, Alling, Lane
1102 Broadway Plaza, Suite 403
Tacoma, WA 98402-3503
Telephone: 253-627-1091
Facsimile: 253-627-0123
Email: joeloescher@aol.com

Of Attorneys for Defendants Maytag Corporation and Fedders Corporation

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAVID AND MARGE BERG,<br><br>Plaintiffs,<br><br>v.<br><br>NORGE CORPORATION, et al.,<br>Defendants. | Case No. A00-151CV (JWS)<br><br>**DECLARATION OF SETH H. ROW IN SUPPORT OF STIPULATED MOTION FOR EXTENSION OF ALL PRETRIAL DEADLINES** |

I, Seth H. Row, declare that:

1. I am one of the attorneys representing defendants Maytag and Fedders in this case.

I make this declaration based upon my personal knowledge of the matters set forth herein.

2. The parties in this matter are now engaged in settlement negotiations.

HOLLAND & KNIGHT LLP
2300 U.S. Bancorp Tower
111 SW Fifth Avenue
Portland, Oregon 97204
Telephone: (503) 243-2300

Page 1

3.   The parties have exchanged initial disclosures, including over 15,000 pages of documents produced by plaintiff to defendants.

4.   Notwithstanding the great volume of documents produced by plaintiff, the parties have discovered that documents that are critical to further settlement discussions (or for completion of discovery) in this matter are in the possession of third parties.

5.   In order to give the parties sufficient time to attempt to settle this matter or complete discovery, if needed, the parties request that all pre-trial deadlines in this matter be extended by 120 days.

6.   Plaintiffs' counsel is engaged in depositions out of state and is unavailable for a scheduling conference with the court prior to the expiration of the next upcoming deadline.

7.   This request for an extension of pre-trial deadlines is not made for the purpose of delay, and is made in good faith.

DATED this 27th day of July, 2006.

**I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.**

_/s/ Seth H. Row_
Seth H. Row

**HOLLAND & KNIGHT LLP**
2300 U.S. Bancorp Tower
111 SW Fifth Avenue
Portland, Oregon 97204
Telephone: (503) 243-2300

Page 2

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **DECLARATION OF SETH H. ROW IN SUPPORT OF STIPULATED MOTION FOR EXTENSION OF ALL PRETRIAL DEADLINES** on the following person:

Michael W. Flanigan
Walther & Flanigan
1029 W. 3rd Avenue, Suite 250
Anchorage, AK 99501

by the following indicated method or methods:

[X] by mailing full, true and correct copies thereof in sealed, first class postage prepaid envelopes, addressed to the parties and/or their attorneys as shown above, the last-known office addresses of the parties and/or attorneys, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

[ ] by causing full, true, and correct copies thereof to be hand-delivered to the parties and/or their attorneys at their last-known office addresses listed above on the date set forth below.

[ ] by sending full, true, and correct copies thereof, via overnight courier in sealed, prepaid envelopes, addressed to the parties and/or their attorneys as shown above, the last-known office addresses of the attorneys, on the date set forth below.

[ ] by causing full, true, and correct copies thereof to be delivered via electronic mail to the parties and/or their attorneys at their last-known e-mail addresses listed above on the date set forth below

[ ] by faxing full, true, and correct copies thereof to the fax machines which are the last-known fax numbers for the parties' and/or attorneys' offices, on the date set forth below.

DATED this 27th day of July, 2006.

_____
Christopher W. Angius
Seth H. Row

# 3929445_v1

**HOLLAND & KNIGHT LLP**
2300 U.S. Bancorp Tower
111 SW Fifth Avenue
Portland, Oregon 97204
Telephone: (503) 243-2300

CERTIFICATE OF SERVICE