UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAVID AND MARGE BERG,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>NORGE CORPORATION, et al.,<br>　　　　Defendants. | Case No. A00-151CV (JWS)<br><br>**PROPOSED ORDER ON MOTION FOR EXTENSION OF ALL PRETRIAL DEADLINES** |

THE COURT, HAVING REVIEWED the parties' Stipulated Motion for Extension of All Pretrial Deadlines, hereby orders that the following pre-trial deadlines set out in the Court's Scheduling and Planning Order of September 14, 2005 be extended by 120 days, as follows:

1.　Expert witness disclosure deadline is extended from December 11, 2006 for plaintiff to April 10, 2007; and from January 30, 2007 for defendant to May 30, 2007.

2.　Final fact witness list deadline is extended from August 4, 2006 to December 4, 2007.

3.　Discovery for fact witnesses completion deadline is extended from October 2, 2006 to January 30, 2007.

4.　Discovery from expert witnesses completion deadline is extended from March 23, 2007 to July 23, 2007.

HOLLAND & KNIGHT LLP
2300 U.S. Bancorp Tower
111 SW Fifth Avenue
Portland, Oregon 97204
Telephone: (503) 243-2300

Page 1

5.  Dispositive motions and motions *in limine* deadline is extended from April 30, 2007 to July 28, 2007.

IT IS SO ORDERED.

Dated at Anchorage, Alaska this ___ day of _____, 2006.

_____
John W. Sedwick
United States District Judge

Presented by:

HOLLAND & KNIGHT LLP

By: _____
CHRISTOPHER W. ANGIUS
(*admitted pro hac vice*)
SETH H. ROW
(*admitted pro hac vice*)
Tel.: (503) 243-2300
Of Attorneys for Defendants Maytag
Corporation and Fedders Corporation

**HOLLAND & KNIGHT LLP**
2300 U.S. Bancorp Tower
111 SW Fifth Avenue
Portland, Oregon 97204
Telephone: (503) 243-2300

Page 2

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **PROPOSED ORDER ON MOTION FOR EXTENSION OF ALL PRETRIAL DEADLINES** on the following person:

Michael W. Flanigan
Walther & Flanigan
1029 W. 3rd Avenue, Suite 250
Anchorage, AK 99501

by the following indicated method or methods:

☒ by mailing full, true and correct copies thereof in sealed, first class postage prepaid envelopes, addressed to the parties and/or their attorneys as shown above, the last-known office addresses of the parties and/or attorneys, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

☐ by causing full, true, and correct copies thereof to be hand-delivered to the parties and/or their attorneys at their last-known office addresses listed above on the date set forth below.

☐ by sending full, true, and correct copies thereof, via overnight courier in sealed, prepaid envelopes, addressed to the parties and/or their attorneys as shown above, the last-known office addresses of the attorneys, on the date set forth below.

☐ by causing full, true, and correct copies thereof to be delivered via electronic mail to the parties and/or their attorneys at their last-known e-mail addresses listed above on the date set forth below

☐ by faxing full, true, and correct copies thereof to the fax machines which are the last-known fax numbers for the parties' and/or attorneys' offices, on the date set forth below.

DATED this 27th day of July, 2006

_____
Christopher W. Angius
Seth H. Row

# 3931204_v1

**HOLLAND & KNIGHT LLP**
2300 U.S. Bancorp Tower
111 SW Fifth Avenue
Portland, Oregon 97204
Telephone: (503) 243-2300

CERTIFICATE OF SERVICE