UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAVID AND MARGE BERG,<br><br>            Plaintiffs,<br><br>       v.<br><br>NORGE CORPORATION, et al.,<br>            Defendants. | Case No. A00-151CV (JWS)<br><br>**ORDER ON MOTION FOR EXTENSION<br>OF ALL PRETRIAL DEADLINES** |

   THE COURT, HAVING REVIEWED the parties' Stipulated Motion for Extension of All Pretrial Deadlines, hereby orders that the following pre-trial deadlines set out in the Court's Scheduling and Planning Order of September 14, 2005 be extended by 120 days, as follows:

   1. Expert witness disclosure deadline is extended from December 11, 2006 for plaintiff to April 10, 2007; and from January 30, 2007 for defendant to May 30, 2007.

   2. Final fact witness list deadline is extended from August 4, 2006 to December 4, 2007.

   3. Discovery for fact witnesses completion deadline is extended from October 2, 2006 to January 30, 2007.

   4. Discovery from expert witnesses completion deadline is extended from March 23, 2007 to July 23, 2007.

   5. Dispositive motions and motions *in limine* deadline is extended from April 30, 2007 to July 28, 2007.

   IT IS SO ORDERED.

   Dated at Anchorage, Alaska this 28th day of July 2006.


                /s/
                JOHN W. SEDWICK
              UNITED STATES DISTRICT JUDGE