UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAVID AND MARGE BERG,<br><br>Plaintiffs,<br><br>v.<br><br>NORGE CORPORATION, et al.,<br>Defendants. | Case No. A00-151CV (JWS)<br><br>**PROPOSED ORDER ON SECOND STIPULATED MOTION FOR EXTENSION OF PRETRIAL DEADLINES** |

THE COURT, HAVING REVIEWED the parties' Second Stipulated Motion for Extension of Pretrial Deadlines, hereby orders that the following pre-trial deadlines set out in the Court's Order of July 28, 2006 be extended, as follows:

1. Expert witness disclosure deadline is extended from April 10, 2007 for plaintiff to May 15, 2007; and from May 30, 2007 for defendant to June 15, 2007.

2. Final fact witness list deadline is extended from December 4, 2006 to April 1, 2007.

3. Discovery for fact witnesses completion deadline is extended from January 30, 2007 to June 1, 2007.

4. Discovery from expert witness completion deadline is extended from July 23, 2007 to August 23, 2007.

5. Dispositive motions and motions *in limine* deadline is extended from July 28, 2007

///

///

**HOLLAND & KNIGHT LLP**
2300 U.S. Bancorp Tower
111 SW Fifth Avenue
Portland, Oregon 97204
Telephone: (503) 243-2300

Page 1

to September 24, 2007.

    IT IS SO ORDERED.

        Dated at Anchorage, Alaska this ___ day of _____, 2006.

                                                        John W. Sedwick
                                           United States District Judge

Presented by:

HOLLAND & KNIGHT LLP

By: _____
CHRISTOPHER W. ANGIUS
ABA #0510076 (*admitted pro hac vice*)
SETH H. ROW
(*admitted pro hac vice*)
Tel.: (503) 243-2300
Of Attorneys for Defendants Maytag
Corporation and Fedders Corporation

HOLLAND & KNIGHT LLP
2300 U.S. Bancorp Tower
111 SW Fifth Avenue
Portland, Oregon 97204
Telephone: (503) 243-2300

Page 2

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **PROPOSED ORDER ON SECOND STIPULATED MOTION FOR EXTENSION OF PRETRIAL DEADLINES** on the following person:

Michael W. Flanigan
Walther & Flanigan
1029 W. 3rd Avenue, Suite 250
Anchorage, AK 99501

by the following indicated method or methods:

☒ by mailing full, true and correct copies thereof in sealed, first class postage prepaid envelopes, addressed to the parties and/or their attorneys as shown above, the last-known office addresses of the parties and/or attorneys, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

☐ by causing full, true, and correct copies thereof to be hand-delivered to the parties and/or their attorneys at their last-known office addresses listed above on the date set forth below.

☐ by sending full, true, and correct copies thereof, via overnight courier in sealed, prepaid envelopes, addressed to the parties and/or their attorneys as shown above, the last-known office addresses of the attorneys, on the date set forth below.

☒ by causing full, true, and correct copies thereof to be delivered via electronic mail to the parties and/or their attorneys at their last-known e-mail addresses listed above on the date set forth below

☐ by faxing full, true, and correct copies thereof to the fax machines which are the last-known fax numbers for the parties' and/or attorneys' offices, on the date set forth below.

DATED this 17th day of November, 2006

Christopher W. Angius
Seth H. Row

# 4160946_v1

HOLLAND & KNIGHT LLP
2300 U.S. Bancorp Tower
111 SW Fifth Avenue
Portland, Oregon 97204
Telephone: (503) 243-2300

CERTIFICATE OF SERVICE