UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAVID AND MARGE BERG,<br><br>        Plaintiffs,<br><br>    v.<br><br>NORGE CORPORATION, et al.,<br>        Defendants. | Case No. 3-00-cv-00151 (JWS)<br><br>**ORDER ON SECOND STIPULATED MOTION FOR EXTENSION OF PRETRIAL DEADLINES** |

        THE COURT, HAVING REVIEWED the parties' Second Stipulated Motion for Extension of Pretrial Deadlines, hereby orders that the following pre-trial deadlines set out in the Court's Order of July 28, 2006 be extended, as follows:

        1.      Expert witness disclosure deadline is extended from April 10, 2007 for plaintiff to May 15, 2007; and from May 30, 2007 for defendant to June 15, 2007.

        2.      Final fact witness list deadline is extended from December 4, 2006 to April 1, 2007.

        3.      Discovery for fact witnesses completion deadline is extended from January 30, 2007 to June 1, 2007.

        4.      Discovery from expert witness completion deadline is extended from July 23, 2007 to August 23, 2007.

     5.    Dispositive motions and motions *in limine* deadline is extended from July 28, 2007 to September 24, 2007.

    IT IS SO ORDERED.

    Dated at Anchorage, Alaska, this 27th day of November 2006.

                                  /s/
                              John W. Sedwick
                         United States District Judge