UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAVID AND MARGE BERG,<br><br>Plaintiffs,<br><br>v<br><br>NORGE CORPORATION, et al.,<br><br>Defendants. | Case No. A00-151CV (JWS)<br><br>**PROPOSED ORDER ON THIRD STIPULATED MOTION FOR EXTENSION OF PRETRIAL DEADLINES** |

THE COURT, HAVING REVIEWED the parties' Third Stipulated Motion for Extension of Pretrial Deadlines, hereby orders that the following pretrial deadlines set out in the Court's Order of November 27, 2006 be extended, as follows:

1. Expert witness disclosure deadline is extended from May 15, 2007 for plaintiff to July 16, 2007; and from June 15, 2007 for defendant to August 15, 2007.

2. Final fact witness list deadline is extended from April 1, 2007 to June 1, 2007.

3. Discovery for fact witnesses completion deadline is extended from June 1, 2007 to August 1, 2007.

4. Discovery from expert witness completion deadline is extended from August 23, 2007 to October 23, 2007.

///

///

///

HOLLAND & KNIGHT LLP
2300 U.S. Bancorp Tower
111 SW Fifth Avenue
Portland, Oregon 97204
Telephone: (503) 243-2300

Page 1

5. Dispositive motions and motions *in limine* deadline is extended from September 24, 2007 to November 26, 2007.

IT IS SO ORDERED.

DATED at Anchorage, Alaska this _____ day of _____, 2007.

_____
JOHN W. SEDWICK
UNITED STATES DISTRICT JUDGE

Presented by:

HOLLAND & KNIGHT LLP

By: _____
CHRISTOPHER W. ANGIUS
ABA #0510076
SETH H. ROW
(admitted *pro hac vice*)
Tel.: (503) 243-2300
Of Attorneys for Defendants Maytag
Corporation and Fedders Corporation

HOLLAND & KNIGHT LLP
2300 U.S. Bancorp Tower
111 SW Fifth Avenue
Portland, Oregon 97204
Telephone: (503) 243-2300

Page 2

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **PROPOSED ORDER ON THIRD STIPULATED MOTION FOR EXTENSION OF PRETRIAL DEADLINES** on the following person:

Michael W. Flanigan
Walther & Flanigan
1029 W. 3rd Avenue, Suite 250
Anchorage, AK 99501

by the following indicated method or methods:

☒ by mailing full, true and correct copies thereof in sealed, first class postage prepaid envelopes, addressed to the parties and/or their attorneys as shown above, the last-known office addresses of the parties and/or attorneys, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

☐ by causing full, true, and correct copies thereof to be hand-delivered to the parties and/or their attorneys at their last-known office addresses listed above on the date set forth below.

☐ by sending full, true, and correct copies thereof, via overnight courier in sealed, prepaid envelopes, addressed to the parties and/or their attorneys as shown above, the last-known office addresses of the attorneys, on the date set forth below.

☒ by causing full, true, and correct copies thereof to be delivered via electronic mail to the parties and/or their attorneys at their last-known e-mail addresses listed above on the date set forth below

☐ by faxing full, true, and correct copies thereof to the fax machines which are the last-known fax numbers for the parties' and/or attorneys' offices, on the date set forth below

DATED this 2nd day of April, 2007.

_____
Christopher W. Angius
Seth H. Row

# 4459179_v1

HOLLAND & KNIGHT LLP
2300 U.S. Bancorp Tower
111 SW Fifth Avenue
Portland, Oregon 97204
Telephone: (503) 243-2300

CERTIFICATE OF SERVICE