**Christopher W. Angius**, ABA #0510076 *(admitted pro hac vice)*
Email: christopher.angius@hklaw.com
**Seth H. Row** *(admitted pro hac vice)*
Email: serve.shr@hklaw.com
HOLLAND & KNIGHT LLP
2300 U.S. Bancorp Tower
111 SW Fifth Avenue
Portland, Oregon 97204-3604
Telephone: (503) 243-2300
Facsimile: (503) 241-8014

**Joseph R.D. Loescher**, ABA #7911108
Smith, Alling, Lane
1102 Broadway Plaza, Suite 403
Tacoma, WA 98402-3503
Telephone: 253-627-1091
Facsimile: 253-627-0123
Email: joeloescher@aol.com

Of Attorneys for Defendants Maytag Corporation and Fedders Corporation

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAVID AND MARGE BERG,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>NORGE CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. A00-151CV (JWS)<br><br>**DECLARATION OF SETH H. ROW IN SUPPORT OF THIRD STIPULATED MOTION FOR EXTENSION OF PRETRIAL DEADLINES** |

I, SETH H. ROW, declare that:

1.　I am one of the attorneys representing defendants Maytag and Fedders in this case. I make this declaration based upon my personal knowledge of the matters set forth herein.

2.　The parties in this matter have been engaged in settlement negotiations for the past six months, and have been pursuing some discovery.

HOLLAND & KNIGHT LLP
2300 U.S. Bancorp Tower
111 SW Fifth Avenue
Portland, Oregon 97204
Telephone: (503) 243-2300

Page 1

3.      The parties have agreed to mediation of this matter on April 16, 2007 with retired Alaska Supreme Court Justice Moore, in Portland, Oregon.

4.      In order to give the parties sufficient time to attempt to complete discovery, if this mediation does not succeed, the parties request that the pretrial deadlines in this matter be extended as set out in the enclosed motion.

5.      This request for an extension of pretrial deadlines is not made for the purpose of delay, and is made in good faith.

DATED this 2ND day of April, 2007.

**I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.**

_____
Seth H. Row

HOLLAND & KNIGHT LLP
2300 U.S. Bancorp Tower
111 SW Fifth Avenue
Portland, Oregon 97204
Telephone: (503) 243-2300

Page 2

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **DECLARATION OF SETH H. ROW IN SUPPORT OF THIRD STIPULATED MOTION FOR EXTENSION OF PRETRIAL DEADLINES** on the following person:

Michael W. Flanigan
Walther & Flanigan
1029 W. 3rd Avenue, Suite 250
Anchorage, AK 99501

by the following indicated method or methods:

☒ by mailing full, true and correct copies thereof in sealed, first class postage prepaid envelopes, addressed to the parties and/or their attorneys as shown above, the last-known office addresses of the parties and/or attorneys, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

☐ by causing full, true, and correct copies thereof to be hand-delivered to the parties and/or their attorneys at their last-known office addresses listed above on the date set forth below.

☐ by sending full, true, and correct copies thereof, via overnight courier in sealed, prepaid envelopes, addressed to the parties and/or their attorneys as shown above, the last-known office addresses of the attorneys, on the date set forth below.

☒ by causing full, true, and correct copies thereof to be delivered via electronic mail to the parties and/or their attorneys at their last-known e-mail addresses listed above on the date set forth below

☐ by faxing full, true, and correct copies thereof to the fax machines which are the last-known fax numbers for the parties' and/or attorneys' offices, on the date set forth below.

DATED this 2nd day of April, 2007.

_____
Christopher W. Angius
Seth H. Row

# 4459216_v1

HOLLAND & KNIGHT LLP
2300 U.S. Bancorp Tower
111 SW Fifth Avenue
Portland, Oregon 97204
Telephone: (503) 243-2300

CERTIFICATE OF SERVICE