UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAVID AND MARGE BERG,<br><br>        Plaintiffs,<br><br>        v.<br><br>NORGE CORPORATION, et al.,<br><br>        Defendants. | Case No. A00-151CV (JWS)<br><br>**ORDER ON THIRD STIPULATED MOTION FOR EXTENSION OF PRETRIAL DEADLINES** |

       THE COURT, HAVING REVIEWED the parties' Third Stipulated Motion for Extension of Pretrial Deadlines, hereby orders that the following pretrial deadlines set out in the Court's Order of November 27, 2006 be extended, as follows:

       1.     Expert witness disclosure deadline is extended from May 15, 2007, for plaintiff to July 16, 2007; and from June 15, 2007, for defendant to August 15, 2007.

       2.     Final fact witness list deadline is extended from April 1, 2007, to June 1, 2007.

       3.     Discovery for fact witnesses completion deadline is extended from June 1, 2007, to August 1, 2007.

       4.     Discovery from expert witness completion deadline is extended from August 23, 2007, to October 23, 2007.

///

///

///

5.  Dispositive motions and motions *in limine* deadline is extended from September 24, 2007, to November 26, 2007.

IT IS SO ORDERED.

DATED at Anchorage, Alaska this 4th day of April, 2007.

/s/  JOHN W. SEDWICK
UNITED STATES DISTRICT JUDGE

**HOLLAND & KNIGHT LLP**
2300 U.S. Bancorp Tower
111 SW Fifth Avenue
Portland, Oregon  97204
Telephone:  (503) 243-2300