Michael W. Flanigan
WALTHER & FLANIGAN
1029 W. 3rd Ave., Ste. 250
Anchorage, Alaska, 99501
Telephone: (907)-279-9999
Facsimile: (907) 258-3804
E-Mail: waltherflanigan@cs.com

ATTORNEYS FOR PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| DAVID AND MARGE BERG, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) A00-151 CV. (JWS) |
| NORGE CORPORATION, and its successors | ) |
| in interest, FEDDERS CORPORATION, | ) |
| MAGIC CHEF CORPORATION, and | ) |
| MAYTAG CORPORATION, | ) **STATUS REPORT** |
| | ) |
| Defendants, | ) |

Comes Now Plaintiff, by and through counsel and hereby advises the Court that Plaintiff and Defendants have reached an agreement to resolve this matter and are presently working on paperwork to memorialize the parties agreement. Since the agreement includes entities which are not named in this suit, and the providing of additional information, not previously provided, the drafting, revision and completion of all of the elements required to finalize an agreement have not yet been completed but are hoped to be completed by the end of June, 2007.

Pl's Status Report
PAGE 1 OF 2

The Court is therefore requested to continue to hold this matter in abeyance pending the filing of appropriate documentation that this matter have been resolved.

DATED THIS 12th DAY OF JUNE, 2007.

                              WALTHER & FLANIGAN
                              ATTORNEYS FOR PLAINTIFF

                              _____
                              s/ Michael W. Flanigan
                                1029 W. 3rd Ave., Ste 250
                                Anchorage, Alaska, 99517-1014
                                (907) 279-9999 Phone
                                (907) 258-3804 Fax
                                E-Mail: Waltherflanigan@cs.com
                                Alaska Bar No. #7710114

CERTIFICATE OF SERVICE
This is to certify that a true and correct copy of:
STATUS REPORT
was served by
(x) Electronic-mail
this 12TH day of JUNE, 2007, on:

Joseph R.D. Loescher
Spencer & Loescher, LLC
1326 Tacoma Ave. S., Suite 101
Tacoma, WA 98402

Seth Row
Christopher W. Angius
Holland & Knight LLP
2300 US Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204

_____
WALTHER & FLANIGAN

WALTHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

Pl's Status Report
PAGE 2 OF 2