Michael W. Flanigan
WALTHER & FLANIGAN
1029 W. 3rd Ave., Ste. 250
Anchorage, Alaska, 99501
Telephone: (907)-279-9999
Facsimile: (907) 258-3804
E-Mail: waltherflanigan@cs.com

ATTORNEYS FOR PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| DAVID AND MARGE BERG, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) A00-151 CV. (JWS) |
| NORGE CORPORATION, and its successors | ) |
| in interest, FEDDERS CORPORATION, | ) |
| MAGIC CHEF CORPORATION, and | ) |
| MAYTAG CORPORATION, | ) **STATUS REPORT** |
| | ) |
| Defendants, | ) |
| _____ | ) |

    Comes Now Plaintiff, pursuant to the Court's Order of 6/13/07 and provides the following additional Status Report. Defendants' counsel has recently reported that it has obtained all information necessary to complete the paperwork to finalize the resolution of this matter and is working on such paperwork, which is expected to be finished soon.

    Therefore, Plaintiff now believes that final resolution paperwork in this matter should be completed, reviewed and signed toward the end of this month, but hesitates to promise same given the past record, and therefore instead requests the court enter an Order requiring

Pl's Status Report
PAGE 1 OF 2

the parties to provide final paperwork or another status report by August 20, 2007and hold this matter in abeyance in the meantime.

        DATED THIS 17th DAY OF JULY, 2007.

        WALTHER & FLANIGAN
        ATTORNEYS FOR PLAINTIFF

        _____
        s/ Michael W. Flanigan
          1029 W. 3rd Ave., Ste 250
          Anchorage, Alaska, 99517-1014
          (907) 279-9999 Phone
          (907) 258-3804 Fax
          E-Mail: Waltherflanigan@cs.com
          Alaska Bar No. #7710114

CERTIFICATE OF SERVICE
This is to certify that a true and correct copy of:
STATUS REPORT
was served by
(x) Electronic-mail
this 17TH day of JULY, 2007, on:

Joseph R.D. Loescher
Spencer & Loescher, LLC
1326 Tacoma Ave. S., Suite 101
Tacoma, WA 98402

Seth Row
Christopher W. Angius
Holland & Knight LLP
2300 US Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204

_____
WALTHER & FLANIGAN

WALTHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska  99501
Phone 907-279-9999
Fax 907-258-3804

Pl's Status Report
PAGE 2 OF 2