Michael W. Flanigan
WALTHER & FLANIGAN
1029 W. 3rd Ave., Ste. 250
Anchorage, Alaska, 99501
Telephone: (907)-279-9999
Facsimile: (907) 258-3804
E-Mail: waltherflanigan@cs.com

ATTORNEYS FOR PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| DAVID AND MARGE BERG, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) A00-151 CV. (JWS) | |
| NORGE CORPORATION, and its successors ) | |
| in interest, FEDDERS CORPORATION, ) | |
| MAGIC CHEF CORPORATION, and ) | |
| MAYTAG CORPORATION, ) **STATUS REPORT** | |
| ) | |
| Defendants, ) | |
| _____) | |

Comes Now Plaintiff, provides the following additional Status Report. Defendants' counsel has recently reported that he has a draft agreement to resolve this matter circulating among his client's representatives. It is assumed, because of all the merger activity previously, as reflected in the caption, and most recently with the purchase of Maytag by Whirlpool, and all the business agreements related to same, that approvals of the final paperwork in this matter will take longer that the usual case. Therefore, Plaintiff requests the Court keep this matter in abeyance for another 30 days until 9/20, at which time the parties

Pl's Status Report
PAGE 1 OF 2

will file final paperwork or another status report. The patience of the Court in the meantime is appreciated.

DATED THIS 9th DAY OF August , 2007.

WALTHER & FLANIGAN
ATTORNEYS FOR PLAINTIFF

_____
s/ Michael W. Flanigan
   1029 W. 3rd Ave., Ste 250
   Anchorage, Alaska, 99517-1014
   (907) 279-9999 Phone
   (907) 258-3804 Fax
   E-Mail: Waltherflanigan@cs.com
   Alaska Bar No. #7710114

CERTIFICATE OF SERVICE
This is to certify that a true and correct copy of:
STATUS REPORT
was served by
(x) Electronic-mail
this 9th day of August, 2007, on:

Joseph R.D. Loescher
Spencer & Loescher, LLC
1326 Tacoma Ave. S., Suite 101
Tacoma, WA 98402

Seth Row
Christopher W. Angius
Holland & Knight LLP
2300 US Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204

_____
WALTHER & FLANIGAN

WALTHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska  99501
Phone 907-279-9999
Fax 907-258-3804

Pl's Status Report
PAGE 2 OF 2