Michael W. Flanigan
WALTHER & FLANIGAN
1029 W. 3rd Ave., Ste. 250
Anchorage, Alaska, 99501
Telephone: (907)-279-9999
Facsimile: (907) 258-3804
E-Mail: waltherflanigan@cs.com

ATTORNEYS FOR PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| DAVID AND MARGE BERG, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | A00-151 CV. (JWS) |
| NORGE CORPORATION, and its successors ) | |
| in interest, FEDDERS CORPORATION, ) | |
| MAGIC CHEF CORPORATION, and ) | |
| MAYTAG CORPORATION, ) | **STATUS REPORT** |
| ) | |
| Defendants, ) | |
| _____) | |

Comes Now Plaintiff, provides the following additional Status Report. Defendants' counsel has circulated an agreement to resolve this matter, which has been signed by all parties included in the Plaintiff's claims and been returned to Defendants' counsel. Defendants' counsel is presently obtaining his client's signature on that document and is making other arrangements as called for in that agreement. It is now assumed that the final paperwork closing this case will be filed with this court sometime in the next 45 days. Therefore, Plaintiff requests the Court keep this matter in abeyance for another 45 days until

Pl's Status Report
PAGE 1 OF 2

11/5/07, at which time the parties are expected to have completed and filed the closing documents in this case.  The patience of the Court in the meantime is appreciated.

DATED THIS 19th DAY OF September, 2007.

WALTHER & FLANIGAN
ATTORNEYS FOR PLAINTIFF

_____
s/ Michael W. Flanigan
1029 W. 3rd Ave., Ste 250
Anchorage, Alaska, 99517-1014
(907) 279-9999 Phone
(907) 258-3804 Fax
E-Mail: Waltherflanigan@cs.com
Alaska Bar No. #7710114

CERTIFICATE OF SERVICE
This is to certify that a true and correct copy of:
STATUS REPORT
was served by
(x) Electronic-mail
this 19th  day of September,  2007, on:

Joseph  R.D. Loescher
Spencer & Loescher, LLC
1326 Tacoma Ave. S., Suite 101
Tacoma, WA 98402

Seth Row
Christopher W. Angius
Holland & Knight LLP
2300 US Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204

_____
WALTHER & FLANIGAN

WALTHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska  99501
Phone 907-279-9999
Fax 907-258-3804

Pl's Status Report
PAGE 2 OF 2