**Christopher W. Angius**, ABA #0510076
Email: christopher.angius@hklaw.com
**Seth H. Row** *(admitted pro hac vice)*
Email: serve.shr@hklaw.com
HOLLAND & KNIGHT LLP
2300 U.S. Bancorp Tower
111 SW Fifth Avenue
Portland, Oregon 97204-3604
Telephone: (503) 243-2300
Facsimile: (503) 241-8014

**Joseph R.D. Loescher**, ABA #7911108
Smith, Alling, Lane
1102 Broadway Plaza
Suite 403
Tacoma, WA 98402-3503
Telephone: 253-627-1091
Facsimile: 253-627-0123
Email: joeloescher@aol.com

Of Attorneys for Defendants Maytag Corporation and Fedders Corporation

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAVID AND MARGE BERG,<br><br>Plaintiffs,<br><br>v.<br><br>NORGE CORPORATION, et al.,<br>Defendants. | Case No. A00-151CV (JWS)<br><br>**STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE** |

WHEREAS, Plaintiffs David and Marge Berg have reached an agreement for the settlement of this action with defendants Maytag Corporation and Fedders Corporation; and

WHEREAS, a Settlement Agreement reflecting the settlement of this action has been executed by all parties; and

HOLLAND & KNIGHT LLP
2300 U.S. Bancorp Tower
111 SW Fifth Avenue
Portland, Oregon 97204
Telephone: (503) 243-2300

Page 1

WHEREAS, the Settlement Agreement provides, among other things, for the dismissal of this action with prejudice and without attorneys fees or costs to be awarded to either side; and

WHEREAS the parties hereto agree that the Court will expressly retain jurisdiction with respect to future performance of, and any claims related to performance of, the terms of the settlement; and

WHEREAS all conditions precedent to the dismissal of this action have been completed.

NOW, THEREFORE, the undersigned parties and their counsel hereby stipulate and agree as follows:

1.  Pursuant to Rules 41(a) and (c) of the Federal Rules of Civil Procedure, DAVID and MARGE BERG, MAYTAG CORPORATION and FEDDERS CORPORATION, by and through their attorneys of record, stipulate to dismiss the Fourth Amended Complaint filed by plaintiffs in this matter with prejudice. Each party is to bear its own attorneys fees and costs.

2.  The Court shall retain jurisdiction with respect to future performance of, and any claims related to performance of, the terms of the settlement.

IT IS SO STIPULATED.

Dated: October 16, 2007       DAVID and MARGE BERG

By: _____
Michael Flanigan, Attorneys for David and Marge Berg


Dated: October 11, 2007       MAYTAG CORPORATION
                              FEDDERS CORPORATION

By: _____
Seth H. Row, Attorneys for Maytag Corporation and
Fedders Corporation

**HOLLAND & KNIGHT LLP**
2300 U.S. Bancorp Tower
111 SW Fifth Avenue
Portland, Oregon 97204
Telephone: (503) 243-2300

Page 2

## ORDER

Based on the foregoing stipulation, the Court hereby orders as follows:

1. This case, including each of the causes of action in Plaintiffs' Fourth Amended Complaint, is hereby dismissed with prejudice; and,

2. The parties are to bear their own attorneys fees and costs; and,

3. The Court shall retain jurisdiction with respect to future performance of, and any claims related to performance of, the terms of the settlement.

IT IS SO ORDERED.

DATED at Anchorage, Alaska this _____ day of _____, 2007.

                                                       _____
                                                       JOHN W. SEDWICK
                                                       UNITED STATES DISTRICT JUDGE

HOLLAND & KNIGHT LLP
2300 U.S. Bancorp Tower
111 SW Fifth Avenue
Portland, Oregon 97204
Telephone: (503) 243-2300

Page 3